Cite as 2019 Ark. 398

# SUPREME COURT OF ARKANSAS

IN RE ADMINISTRATIVE PLANS FOR DISTRICT COURTS

**Opinion Delivered** December 12, 2019

**PER CURIAM**

Administrative Order No. 18 requires a state district court or a local district court to prepare an administrative plan when the court operates a specialty court program, when multiple judges preside in the district, or when the court has multiple venues in the district. The administrative plans submitted by district courts have been approved, except as follows: Little Rock District Court, North Little Rock District Court, District Court of Sebastian County–Fort Smith District, District Court of Faulkner County and Van Buren County, and District Court of Cleburne County. Additionally, the District Court of Greene County should prepare an administrative plan for approval. Pursuant to Administrative Order No. 18, the plans currently in effect for these courts shall remain in full force until an amended plan is submitted and approved.

In 2019, the first comprehensive evaluation of the specialty programs in the State of Arkansas was undertaken at the direction of the Specialty Court Program Advisory Committee ("Committee"). The evaluation was not received by the Committee until after

the administrative plans were due for submission to the Supreme Court. The court intends to take note of this evaluation and the recommendations of the Committee to ensure that the specialty programs in the state are accomplishing their missions and are adhering to recognized standards of operation. Consequently, the court may find it necessary to require changes in some specialty court programs that have been approved today, and affected courts will be advised of any issues and given a reasonable time to address them.

The court also intends to require district courts to operate in a manner consistent with their statutory organization and designation. The court may require changes to approved plans and will notify affected courts of the necessary amendments to address organizational deficiencies.

All administrative plans are effective January 1, 2020.